**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ADAM R. TATE**, | ) | CASE NO. 1:24-CV-866 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE REUBEN J. |
| | ) | SHEPERD |
| **COMMISSIONER OF SOCIAL** | ) | |
| **SECURITY ADMINISTRATION**, | ) | **OPINION AND ORDER ADOPTING** |
| | ) | **MAGISTRATE'S REPORT AND** |
| Defendant. | ) | **RECOMMENDATION** |

On May 14, 2024, Plaintiff Adam R. Tate filed a complaint seeking judicial review of Defendant Commissioner of Social Security's decision to deny his application for disability insurance benefits.  (ECF No. 1).  On December 30, 2024, Magistrate Judge Reuben J. Sheperd issued a Report and Recommendation (R&R) indicating that the Court should affirm the final decision of the Commissioner.  (ECF No. 12).

Fed. R. Civ. P. 72(b)(2) provides that the parties may object to an R&R within fourteen (14) days after service.  The R&R also notified the parties that failure to file any objections within that time may result in forfeiture of the ability to appeal the Court's decision.  (ECF No. 12).  As of the date of this decision, neither party has filed any objections.

Under the Federal Magistrates Act, a district court must conduct a *de novo* review of those portions of the R&R to which the parties have objected.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).  Absent objection, a district court may adopt an R&R without further review.

1

Accordingly, the Court **ADOPTS** the Magistrate Judge's R&R, incorporates it fully herein by reference, and **AFFIRMS** the final decision of the Commissioner.

      **IT IS SO ORDERED.**

Date: January 14, 2025

_____
**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**